```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 08-60758-CIV-ZLOCH
```

JAMES WIDNER,

      Petitioner,

vs.  **O R D E R**

WALTER A. MCNEIL, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS

      Respondent.
_____/

      THIS MATTER is before the Court upon Petitioner James Widner's Notice Of Inquiry (DE 4), which the Court construes as a Motion For Reconsideration. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

      Petitioner filed a Motion For Relief From Judgment Decree (DE 30) on Case No. 00-07125-CIV-ZLOCH. That Motion was referred to Magistrate Judge Patrick A. White for disposition. Judge White then directed the Clerk of Court to re-docket the Motion (DE 30) under a new case number filed pursuant to 28 U.S.C. § 2254. The Clerk then docketed the Motion (DE 30) under Case No. 08-60758-CIV-ZLOCH. Thus, all claims for relief sought by the Motion (DE 30) are now contained in the newly filed Case No. 08-60758-CIV-ZLOCH. Therefore, the original Motion For Relief From Judgment Decree (DE 30) on Case No. 00-07125 has been rendered moot, and Petitioner may proceed on all requests for relief contained in that Motion (DE 30)

under Case No. 08-60758-CIV-ZLOCH.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Petitioner James Widner's Notice Of Inquiry (DE 4), which the Court construes as a Motion For Reconsideration. be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___24th___ day of June, 2008.

```
                                     /s/ William J. Zloch
                                     _____
                                     WILLIAM J. ZLOCH
                                     United States District Judge
```

Copies furnished:

All Counsel of Record

James Widner, pro se
DC# 773669
South Bay Correctional Facility
Dorm: G4-101L
P.O. Box 7171
South Bay, FL 33493